# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

GREGORY ACKERS,

    Plaintiff,

v.

GOOGLE LLC, et al.,

    Defendants.

Case No. 19-cv-05537-BLF

**JUDGMENT**

The above-captioned action having been dismissed without prejudice as to Defendant Sundar Pichai, and Plaintiff's complaint having been dismissed without leave to amend and the action having been dismissed with prejudice as to Defendant Google LLC,

It is hereby ORDERED and ADJUDGED that Plaintiff Gregory Ackers takes nothing by this action and that

Judgment is entered for Defendant Google LLC and against Plaintiff Gregory Ackers. The Clerk of the Court shall close the case file.

**IT IS SO ORDERED.**

Dated: April 22, 2020

_____
BETH LABSON FREEMAN
United States District Judge